ELAINE JACOBS, as Administratrix of the Estate of BERNARD KLEIN, Deceased, Appellant, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

Argued October 9, 1946; decided November 14, 1946.

*Aaron Frank, Gustave G. Rosenberg, Benjamin Eigg, Albert C. Pitcher* and *Samuel Morganroth* for appellant.

*Addison B. Scoville* and *Archibald C. Mayo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.